IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 29, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-01611/2000241823

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven Earl Flinn and Kathleen Rose Flinn<br>    Debtors.<br>_____<br>Saxon Mortgage Services, Inc.<br><br>    Movant,<br>  vs.<br><br>Steven Earl Flinn and Kathleen Rose Flinn, Debtors, David A. Birdsell, Trustee.<br><br>    Respondents. | No. 2:08-bk-12134-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #81) |

Movant's Amended Motion for Relief from the Automatic Stay and Amended Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 18, 2006 and recorded in the office of the Maricopa County Recorder wherein MERS as nominee for Cash Fast Finance its successors and/or assigns and it's servicing agent Saxon Mortgage is the current beneficiary and Steven Earl Flinn and Kathleen Rose Flinn have an interest in, further described as:

> Lot 33, Running Horse At Arrowhead, according to Book 702 of Maps, Page 29, Records of Maricopa County, Arizona Except an undivided 1/2 interest as to all Coal, Oil, Gas And Minerals as reserved in instrument recorded 11/25/42 in Book 382 A.P.N.: 200-53-682

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                                              _____
                                                              JUDGE OF THE U.S. BANKRUPTCY COURT